In re Estate of Gussie Teichman, formerly known as Gussie Boller, Deceased.
Benjamin Teichman, Executor, Petitioner in Citation Proceedings, Appellant, v. Sarah Weinberg and Morris Weinberg, Appellees.

Gen. No. 43,428.

opinion filed February 13, 1946; released for publication March 8, 1946. Moses, Kennedy, Stein & Bachrach, for appellant; Hamilton Moses and Morris Solomon, of counsel; Cohon & Goldstein, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.